United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2596

_____

George May,                                                    *
                                                               *
        Plaintiff-Appellant,                          *
                                                               *
    v.                                                       *
                                                               *
Anheuser-Busch Companies, Inc.;                                *
Anheuser-Busch Recycling                                       *
Corporation; Busch Entertainment                               *
Corp.; Anheuser-Busch Container        *   Appeal from the United States
Recovery Corporation,                  *   District Court for the
                                       *   Eastern District of Missouri.
        Defendants-Appellees,          *       [UNPUBLISHED]
----------------------------           *
George May,                            *
                                       *
        Plaintiff-Appellant,           *
                                       *
    v.                               *
                                       *
Anheuser-Busch Companies, Inc.;        *
Anheuser-Busch Recycling               *
Corporation; Busch Entertainment       *
Corp.; Busch Container Recovery        *
Corporation, jointly and severally,    *
                                       *
        Defendants-Appellees.          *

_____

Submitted:  November 5, 1996
Filed:  November 12, 1997
_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

George May appeals from the district court's[1] order dismissing his consolidated actions alleging defendants violated state and federal law through pleadings filed in a prior action.  Having carefully reviewed the records and the parties' submissions, we conclude that dismissal was warranted and that an extended discussion would lack precedential value.  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.